SEALED

FEB 0 5 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 20-CR-200 04 |
| v. ) | |
| ) | Title 18, United States Code, Sections |
| ) | 2252A(a)(5)(B) and (b)(2); and |
| MICHAEL E. HUGHES, ) | 2253. |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**COUNT ONE**
(Possession of Child Pornography)

**THE GRAND JURY CHARGES THAT:**

On or about March 14, 2019, in Champaign County, in the Central District of Illinois, the defendant,

**MICHAEL E. HUGHES,**

knowingly possessed a cellular telephone and other digital storage materials, containing images and videos of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1. The charge contained in Count One are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Count One,

**MICHAEL E. HUGHES,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Count One of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Count One of this Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Count One of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer storage devices, such as disk drive units, disks, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- A cellular telephone, LG brand, model LGL84VL, Serial No. 805VTCL0508035
- A micro-SD HC card (FAT 32) with approximate capacity of 16 GB
- A Sony Memory stick, Serial No. L626L6LLUBD000000

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/Foreperson

FOREPERSON

s/John C. Milhiser

JOHN C. MILHISER
UNITED STATES ATTORNEY
EMP