UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-20004 |
| ) | |
| MICHAEL E. HUGHES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On June 22, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 31). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for October 18, 2021, at 11:00 AM in Urbana before Judge Michael M. Mihm.

ENTERED this 7th day of July, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge